# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132059

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEONARD EDWARD STAFFORD,
      Defendant-Appellant.

SC: 132059
COA: 270073
Kalamazoo CC: 97-001224-FC

_____/

      On order of the Court, the application for leave to appeal the July 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

p1120